IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH J. BALIO<br>[DOB: 06/29/1985],<br><br>        Defendant. | **COUNT ONE:**<br>**Attempted Production of Child Pornography**<br>18 U.S.C. § 2251(a) & (e)<br>NLT: 15 Years Imprisonment<br>NMT: 30 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: Five Years, Up to Life<br>Class B Felony<br><br>**COUNT TWO:**<br>**Distribution of Child Pornography Over the Internet**<br>18 U.S.C. § 2252(a)(2)<br>NLT: 5 Years Imprisonment<br>NMT: 20 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: Five Years, Up to Life<br>Class C Felony<br><br>$100 Special Assessment for Each Count |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
### Production of Child Pornography

Between on or about September 1, 2017, and December 25, 2017, said date being approximate, in the Western District of Missouri and elsewhere, **JOSEPH J. BALIO**, knowingly employed, used, persuaded, induced, enticed and coerced a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purposes of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in

interstate commerce, including by computer, and were transported and transmitted in interstate commerce, and attempted to do so,

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### Distribution of Child Pornography Over the Internet

On or about December 25, 2017, the date being approximate, in the Western District of Missouri and elsewhere, **JOSEPH J. BALIO**, defendant herein, knowingly distributed a computer file containing a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct,

All in violation of Title 18, United States Code, Section 2252(a)(2).

A TRUE BILL.

*/s/ Shannon Cassidy*_____
FOREPERSON OF THE GRAND JURY

*/s/ Patrick D. Daly*_____
PATRICK D. DALY
Assistant United States Attorney

Dated:___1/9/19_____