UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western <br> ☐ Central <br> ☐ Southwestern | ☐ St. Joseph <br> ☐ Southern | **Jackson** <br> County and elsewhere | ☐ Secret Indictment <br> ☐ Juvenile |

**Defendant Information**
Defendant Name    Joseph Balio
Alias Name
Birthdate         06/29/1985

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant  ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Patrick Daly

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☒ Currently in State Custody
☐ Currently on Bond

Writ Required     ☒ Yes  ☐ No
Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts 2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Attempted Distribution of Child Pornography Over the Internet | 1 |
| 2 | 18:2252A.F/6300/4 | Distribution of Child Pornography Over the Internet | 2 |
| 3 | | | |

Date  1/9/19            Signature of AUSA  /s/ Patrick Daly