# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CR-00012-DGK-1 |
| JOSEPH J. BALIO, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO REVOKE DETENTION ORDER

Pending before the Court is Defendant's Motion to Revoke the Magistrate Judge's Detention Order (Doc. 27) and the Government's opposition (Doc. 28).

After conducting an independent review of the record and applicable law, the Court agrees with the Magistrate Judge's finding that the Government has shown by clear and convincing evidence that no condition of release, or combination of conditions of release, will reasonably assure the safety of the community. The Government has also shown by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Defendant's appearance as required.

Accordingly, Defendant's Motion (Doc. 27) is DENIED.

**IT IS SO ORDERED.**

Date:  January 9, 2020                    /s/ Greg Kays
                                          GREG KAYS, JUDGE
                                          UNITED STATES DISTRICT COURT